UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUZ MARIA TAMAMI QUITIO,

Petitioner(s),

v.

WARDEN, NOTHWEST ICE
PROCESSING CENTER, et al.,

Respondent(s).

CASE NO. C26-2118-KKE

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING ORDER
AND AMENDING THE SCHEDULING
ORDER

Petitioner, representing herself, filed a motion for temporary restraining order along with her petition for writ of habeas corpus. Dkt. Nos. 1, 2. For the following reasons, the Court will DENY Petitioner's motion but will amend the scheduling order to (1) require the Government to provide additional notice before transferring her and (2) provide additional time for Petitioner to file her reply.

Petitioner's motion requests that the Court stay her removal and enjoin her transfer from the Northwest ICE Processing Center ("NWIPC") while her habeas petition is pending. Petitioner has not shown that she is entitled to this extraordinary relief. Parties seeking a TRO must show (1) that they are likely to succeed on the merits, (2) that they are likely to suffer irreparable harm absent preliminary relief, (3) that the balance of equities tips in their favor, and (4) that an injunction serves the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND AMENDING THE
SCHEDULING ORDER - 1

Here, although Petitioner contends that she is likely to suffer irreparable harm if she is removed or transferred while her petition is pending, the Court's scheduling order requires the Government to provide notice before any removal or transfer. *See* Dkt. No. 3. The Court finds that this order provides adequate protection against imminent, irreparable harm in the form of transfer or removal while the petition is pending.

Moreover, because Petitioner is representing herself and filing and receiving materials by mail, the Court AMENDS the scheduling order (Dkt. No. 3) in the following respects to allow her sufficient time to file a reply in support of her petition (traverse) and to receive notice of any impending transfer:

1.  The deadline for Petitioner to file a traverse is EXTENDED to July 20, 2026. The Government shall note its return for July 20, 2026.

2.  The Government shall provide Petitioner notice one week (168 hours) before any action to move or transfer her from the Western District of Washington or to remove her from the United States. Any such notice shall be filed on the docket.

Dated this 18th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND AMENDING THE SCHEDULING ORDER - 2